# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

## COMPLAINT FORM

Full name(s) of Plaintiff(s)
(Do not use *et al.*)

Alexander MᶜArthur

v.

Property Management
16 Lombard st LLC
Management Company
#203-691-1132

Case No. 3:20cv1007(SRU)
(To be supplied by the Court)

Full names of Defendant(s)
(Do not use *et al.*)

## A. PARTIES

1. Alexander MᶜArthur is a citizen of ___CT___ who
(Plaintiff)                                    (State)
presently resides at 456 Lombard st New Haven ct 06513
(mailing address)

2. Defendant Property Management 16 Lombard st LLC Management Company is a citizen of ___CT___
(name of first defendant)                      (State)
whose address is 16 Lombard st LLC New Haven ct 06513

3. Defendant Property Management 16 Lombard st LLC Management Company is a citizen of ___CT___
(name of second defendant)                                              (State)

whose address is 16 Lombard st New Haven. ct 06513

(If more space is needed to furnish the above information for additional defendants, continue on a blank sheet which you should label "A. PARTIES." Be sure to include each defendant's identity and complete address.)

## B. JURISDICTION

The jurisdiction of this court is invoked pursuant to: (list statute(s))

18 U.S. code §1038. 18.U.S.C §1001 C

Title lx office Amendments of 1972

47 U.S.code § 223 Obscene or harassing
Litigated                                            Telephone calls

## C. NATURE OF THE CASE

BRIEFLY state the background of your case.

Alerts from Property Management
Sexually harassments * False Accusation
By third party
Privacy Invasion
Sexully Advancements
Least contract Violations
Rodent Infestation * Conspiracy
Security hazard To cause Death
Repair Neglection while I'M asleep
Defamation of Character By blowing Smoke
Sexual Remark of crack through
Harassment My Door and not
Intimidation replacing my stove +
Deadly fumes
Health hazard - Deadly fume or Carbinoxide
Tampering with Security
Discrimination/Inapproxide Remark

## D. CAUSE OF ACTION

I allege that the following of my constitutional rights, privileges, or immunities or my rights under a federal statute have been violated and that the following facts form the basis of my allegations: (If more space is needed to explain any allegation or to list additional supporting facts, continue on a blank sheet which you should label "D. CAUSE OF ACTION.")

Claim I: * Death Hazaerd/Repair Neglect Lease Violation/Sexual harassment Defamation of Character/false Accusation

Supporting Facts: (Include all facts you consider important, including names of persons involved, places, and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.)

Claim II: My Litigation Handwritten will Support the facts of my Civil Claim Against Property Management

Supporting Facts:

3

## E. REQUEST FOR RELIEF
WHEREFORE, plaintiff demands: (state the relief you seek)

I, Alexander McArthur, Due to Many factors of being victimized by Property Management Lack of Enjoyment of Living. And the seeking of My Death By Property Management, I Demand ownership for the Building I Live, where I nearly experience Death on Many occasions——

*Lack of Security

*Deadly fume and Carbonmonaxide from Disfunctional stove—— They refused to replace Discriminative

## F. JURY DEMAND

Do you wish to have a jury trial? (Yes)          No

I Demand a Jury trial unless My Demands Are Granted—— OWNERSHIP OF 456 Lombard St NH CT 06513

_____
Original signature of attorney (if any)

Alexander McArthur
Printed Name

456 Lombard St
New Haven ct 06513
( )
Attorney's full address and telephone

#203-887-2194
Email address if available

_____
Plaintiff's Original Signature

Alexander McArthur
Printed Name

( )
Plaintiff's full address and telephone

Email address if available

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint and that the information contained in the complaint is true and correct. 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed at New Haven ct on 7-16-2020
(location)                        (date)

_____
**Plaintiff's Original Signature**

(Rev.3/29/16)

5

Alexander M<sup>c</sup>Arthur

VERSUS

16 Lonbard st LLC
Managenent Compary

In thee event that My
Denand of ownership
for 456 Lonbard st
IS Denied — I, Alexander M<sup>c</sup>Arthur
Deny a Settlement — I will —
I will proceed in ciuil court —
of there I will Roar —
I will Roar like An
Roar Like a Ancient
Ancient Lion

7-16-2020

I had been attacked on a few Occasions regarding false accusation of that there are people living with me, in unit 105, on Lombard St, New Haven CT, 06511...

I was falsely accused of having people Living with me, And, or, I have Somebody living with me......

Such false accusation(s) was forwarded to me by my Conservator and by my Social Worker, from JD Amelia 203-387 4637. To retain my Housing Assistant is very, very, very significant for me – due to My experiences of living homeless – having had nowhere to live – having had no caring or loving family I can lean on to conquer homelessness... Nobody know your experiences – They just know they hate you, and they do anything to make your life miserable.... Property Management are classified as those People – Evil Evil Evil Hell WAS CREAted for A REASON

2

I, Alexander McArthur Subpeanad My Conservator, My Social Worker to be my witness of being falsely accused that I have people, and, or I have somebody living with me... I made it clear that I have nobody living with me - and that cameras around this building can attest that I have nobody living with me - I am always alone -

I have NO Friends ——
I have NO Family ——
I stay by myself ——
I DO NOT hang out with NObody ——
I never had a visitor — Long as I have been living here — No visitors No visitors —
Whosoever rise Against Me shall have everlasting Life in Hell —— where there will be gnashing and weeping — gnashing of teeth and weeping — weeping and gnashing of teeth

Property Management
Failure to do repairs....
I have been living in Fear,
Living in parania – especially
when showering – insecure
at the slightest sounds
in my living areas...
None of my windows lock,
My bedroom window came off
it's frame – I had to duck
tape – that window and keep
my dresser against – that Window
Property Management were
determined to avoid my
complaints overall.
Property Management avoided
My Conservator whenever
he addressed my complaints.
In so many ways,
My Conservator emphasized
that Property Management
have been avoiding him
I text messaged
Pictures to my conservator,
of major repair necessities...
Pictures dated, Monday,
October 21, 2019 – 8:50 AM
Message received

4

I subpéad to sit on the stand ⎯⎯⎯⎯⎯

My Conservator
#1 203 + 787 + 2236

My Social Worker
#1 203 + 387 + 4637

Myself being the Victim
#1 203 - 887 - 2194

All parties against
Property Management
16 Lombard St LLC
Management Company
203 691 + 1132

A false accusation is a claim or allegation of wrongdoing that is untrue and, or otherwise unsupported by facts. False accusations are also known as groundless accusations or false allegations or false claims.

18 U.S. Code § 1038.
False information and hoaxes

Whoever engages in any conduct with intent to convey false or misleading information under circumstances where such information may reasonably be believed and where such information indication that an activity has taken, is taking, or will take place would constitute or will constitute a violation of chapter 2, 10, 11B, 39, 40, 44, 111 or 113B

False Accusations —
Defamation of character by Libel or Slander

Making false statement
(18 U.S.C. § 1001 ☒)
is the common name for the
United States federal process
crime laid out in Section 1001
of Title 18 of United States Code,
which generally prohibits knowingly
and willfully making false or
fraudulent statements.

Civil Claims Against

16 Lombard St LLC
Management Company
203-691-1132

Two Counts of Defamation
of Character by Libel or Slander

Two Counts of false Accusations
To a third-party

One Count of Sexual Harassment
Inappropriate Sexual comments
Inappropriate callous and Malicious
Remarks while communication
on my electronic device.

On Thursday, February 20, 2020, Approximately 11:00PM - Property Management knocked on my door- repeatedly I looked in my peep hole and viewed a woman behind my door.

I said, " "What?"

She said," could you stop Making Noise?".

I said, "Leave Me alone".

She Said, "I worked for Property Management".

I said," I don't know you"-

She said," You do know Me, You saw Me at the office with your conservator"-

I said," I don't care"

She said, I'll take care of it "Honey"-

I don't know why she would call me "Honey". I said to her, "Don't call me, " Honey"

She said," I'm Horney"

"I'm Horney" Repeatedly

2

I told the woman who work for property Manangement not to call me, "Honey". She said to me, " I'm Horney, "I'm Horney", Repeatedly. I thought she was perhaps correcting the way I said, " Honey", when I said, " Don't call me, " Honey". I realized that was not the case. She was saying, " I'm Horney; I'm Horney", Repeatedly, while throwing her face at Me. A woman working for Property Managent made me her victim of Sexual Harrassment. I remember that woman — I called property managenet on one Occassion to Verbalize a complaint I had, and that woman degraded me as a human being — She called me —

3

— She called me, "Pig", "Nasty", "Dirty" — she said a lot of degrading words and sentences to me on the phone. I have that proof because I audio Recorder that phone-call. which will be another claim I am to file shortly— I have to organize such claim— Let's just say, "I have been a victim of racial Discrimination and Mental Health Discrimination." They Discriminated against me, for the reason — "I'm not Puerto Rican". Property Management could not fix my electricity one evenening. On there way out, A Maintenance man said; "His chicken is gonna go bad". A Property Manager said, "He's not Puerto Rican, anyway". And then, Closed my door

4

I decided to file this portion
of My claims against Property Managent
after being a victim of
Sexual Harrassment.
" Honey" - "I'm Horney" -

Sexual Harassment

Comments of a Sexual
Nature -

Terms of endearment

Sexual Harassment refers
to sexually suggestive remarks,
or obscene or - It included
unwelcome and offensive
names or terms of endearment
such as " Honey",
- "I'm Horney",

Title IX is a federal
civil Rights law Protects
people from Discrimtnatto
Based on Sex

Case 3:20-cv-01007-SRU   Document 1   Filed 07/17/20   Page 17 of 56

Smel of crack cocain Smoke blew into my Apartment... It is now, 2:45AM, Friday, July 10,20 Alexis From Property Management had been Blow smoke of Crack Cocain And smoke of Cigarette

flexts from Property Managemen.
had been blowing the Smoke
of crack Cocain and the Smok
of Cigarette into the cracks
of my Door, unit 105,
of Lombard St, Brick Buildi,
Number 456, New Haven, CT 065
I'll Say, "About 3 weeks ago
or so, I was transported
to thee Emergency Room
for Breathing Crack Cocai

Emergency Room I was
Transported because Alexts
From Property Management,
who has been Sexually harassi
me and everything else to make
my stay here a living Hell
has been Blowing Crack Cocair
Smoke into the cracks
of my Door Unit 105
And Alexis From Property
Management Blow Cigarette

I attest the time 3:27AM

Friday July 10, 2020

Alexander McArthur

Property Manager, Alexis
who live in this Building
knocked on my door on March 5,
2020 — I answered verbally
and she said I have an
Inspection Today along with
The time —
I eccepted the information
and Property Manager, Alexis
Still had to slip a Letter
a hand written letter informing
me of an Inspection when
Property Management have all
Communications with my
Conservator, Gerald Barber
She slipped that hand written letter
14 days after she Sexually
harras me on the Night
of febraury 20, 2020 after
Slipping that hand written letter on
March 5, 2020 — Valentin's Day
falls on the 14 of february
14 days from the Night
Alexis was at my door Screaming
Honey, I'm Horney, Honey I'm Horney

Wednesday
May 27
2020
1:48PM

March 5, 2020

Hello Alexander McArthur:

Today, Thursday March 5, 2020, you have an inspection. Please be advised that the inspectors will be here between 10am-12pm. It is critical that someone is here to let the inspector in.

Thank You,
Alexis,
Management

5

"Requested Amount"

Twenty-Five Million Dollars / $ 25,000,000,00

My "Civil Claim"

Is against Property Management...

Property Management:

16 Lombard St LLC
Management Company
(203) 691-1132

My name is Alexander,
McArthur. I live on
Lombard St # 456
unit 105
New Haven CT 06511

5:33PM Feb Friday 2020

6

Approximately At 4:44pm
Friday, February 21,
2020, I was standing
on the front porch
of the Building of
Property Management
when Property Manager
walked up the steps
to enter the Buildens-
She was holding a
Party size Box of pizza
If I were to guess-
I would say it was
a Party size Box of
Pepperoni, Bacon,
Sausage and cheese
Pizza-
I said to her,
"Are you the one who
was knocking on my door?"
She said, "I sure was".
I said, "Don't knock on
My door Anymore—"
She said, "I'll just call said
the Police—Nothing Further

She was the same
woman of Property
management who sexually
harass me last night...!
She said, "Honey",
"I'm Horney"

"Honey" "I'm Horney"

Protects me under—
Title IX office Amendments
of 1972

⭐ I am requesting
compensation and punitive
Damages as a Mentally
Disabled United States
of America citizen...
⭐ Emotional Distress
⭐ Pains and Suffering
⭐ Loss of Enjoymen of living
⭐ Hopelessness
⭐ Mental Anguish
⭐ Irritation of Nerve danage
⭐ Worrisome ⭐ Fear ⭐

8

(Fear) because of her Threatening Behavior towards me - Last night, and a few minutes ago... She could have hit me with that Box of Pizza, or threw Pizza at me along with that Box of Pizza. She is three times my weight. If she get the best of me - she could easily sit on top of my body while thinking Sexually. I have learned to trust Nobody

I request Compensation, And Punitive Damages for all the reasons mentioned, for I am protected by title IX Office Amendments of 1972

9

It is Now 6:44 pm Friday, February 21 2020... I looked at my Door a couple of minutes ago — To find a sheet of paper sticking in my door — that woman is now Being of pest — This is the second knight that she has been harassing me that I notice — Don't know who ever Now and then Knock on my Door and take off running — It could have been her — The Property Manager Woman who sexually harass me Last night The sheet of paper sticking in my door is RE: Breach of UO smoking policy —

Everybody is this Building
Smoke more than Cigarettes
in this Building.
I Smell Drugs in thee
air everytime I walk
the Hallway to go outside
the Hallway is full of
Pollution and I cannot
stand the Air I smell
in the Hallway.
I do not smoke anything
in the Hallway. I do not
When People smoke in the
Hallway. It makes me
Sick. People foul order
makes me sick to my
Head, and smoke of any
sort makes me sick. I
As of Right now
I do not smoke anything
I quit smoking
Cigarettes. Everybody
in this Building know
I quit smoking Cigarettes

11

Like I said," No one has ever" Eye Witnessed" Me ever smoking Cigarettes in the Hallway. Everybody in this Building smoke Cigarettes according to what I have been Seeing. I believe even if anybody saw me smoking a Cigarette in the Hallway. He or she would ask me for a cigarette. He or she would not notify Property Management to complaint about I, Alexander McArthur, was smoking a cigarette into the Hallway. My further litigation provides the truth that Property Management Accused me of false statement. They falsified Accusation that I had been smoking in the Hallway.

12

Property Management
is very well harassing
Me. I am not known
for smoking in the Hallway.
No one could honestly
say "They saw me
smoking in the Hallway"
No one!!!!!!!!!!!!!!!!!!

*Now, I am a victim
of Defamation of
Character—

*Another "civil claim"
at this time + Submition
of Proof — Dated 2/19/2020
Today is the night
of 2-21-2020

*Knowledgable to Legitimate
Discrimination for the
Date on that sheet of
Paper sticking in my door
doesn't Match today's date

*Discrimation
*Defamation of Character
*Sexual Harassment

Alexander McArthur
456 Lombard St #105

2/19/2020

Dear <u>Alexander</u>:

RE: BREACH OF NO-SMOKING POLICY

This letter is to remind you that smoking is not permitted in the hallways to the apartment building in which you reside (including exterior entryways to the building). You entered into this agreement with 16 Lombard St LLC when you signed the lease.
We have received a complaint of second-hand smoke infiltrating the hallway outside your unit.
On several occasions, the smell of second-hand smoke was detected and we are requesting that you take immediate steps to ensure that you, your family and any guests or visitors you have **DO NOT** smoke in this building where smoking is prohibited in accordance with your tenancy agreement.
Please be advised that this is your first warning. Should there be any further incident or circumstances with respect to smoking outside of your unit, we will serve you with a notice to terminate your tenancy early. We would be happy to discuss this issue with your further. Feel free to contact us at the number below.
16 Lombard St LLC strives to offer tenants a clean and safe living environment. Exposure to second-hand smoke is both a health hazard and an irritation. As such, we appreciate your cooperation in respecting our no-smoking policy.

Sincerely,

16 Lombard St LLC
Management Company
(203) 691-1132

13

The most common Remedy for defamation is a statutory is the award of damages. there is a statutory maximum of $250.000.00 for non-economic Damages, being damages that have been suffered by cause of the defamation but do not constitute a direct economic loss General harm to the plaintiffs reputation would be a non-economic loss Defamation occurs when someone Intentionally makes a false statement about you damages your reputation There are usually five types of Damages awarded in Defamation Cases presumed damages Special damages Mental Damages and Punitive Damages

14

U.S.C. Sections created:
20 U.S.C. ch. 38 § 1681 et
Seq   Title IX office
Education Amendments
of 1972

Title Amended: 20 U.S.C:
Education

Enacted by:
The 92nd United States
Congress
Statutes at Large
86 Stat. 235

Nicknames:
Education Amendments of 1972

I am protected against
Sexual harassment
Title VII of the Civil Rights
Act of 1964 Title 42
united states code Section 2000e et.
seq.)

15

Damages for Mental Anguish

Punitive Damages

Defendant made the
Defamaby statement with
"actual malice"
Actual malice means
the Defendant intended to
harm the plaintiff or
at least acted with
reckless disregard as
to whether plaintiff
would suffer harm
from the false statement.
~~Defamation~~
Defamatory Publication
Defamation is the oral
or written communication
of a false statement
about another that unjustly
harms their reputation
and usually constitutes
a tort or crime
A person who defames another
may be called a "Defamer"

16

47 U.S. Code § 223 -
Obscene or harassing
Telephone Calls.

The conversation is
Admissible in any court
if it was obtained in a manner
authorized by the Statue.

My phone Conversation
was recorded legally...
Property Management
16 Lombard St LLC
Management Company
(203) 691-1132
Managers already tried
extorting me - demanding
monetary. They threatened
me with/there threatened
demeanors... I have discern
that my death is there
hopes and dreams.
Property Management,
entered my Apartment —

17

Property Management entered my Apartment and displayed a used needle on my bedroom floor. During time I was at a psychaffric Hospital. Property Management-Maintenance replaced my front door lock on the day of my discharge. I dedicated my belief to this very eventing that my Conservator was involved with the displayed of that deadly needle. That day was extremly unusual. At 2:52 pm - Thursday, December 19, 2019. I spoke to 911 operated about the needle displayed on my bedroom floor. Shortly after, I spoke with Chris, Supervisor for Public Safty.

18

Chris, Supervisor for Public Safty, said someone will come to pick up the needle and an officer will take a report. AMR never, never, never came to pick up the needle, and an officer never, never never took a report. I was neglected because I revealed that Property Management displayed That infected needle on My bedroom floor. I know that's what the reason I was neglected - I followed up with calls, So that AMR can come and take away that infected needle. A few days later I had to dispose of the needle Myself - IN to the Back Dumpter, inside a Laundry Detergent Container.

19

Every Tenant has the right to live in a safe home, Free from Health hazards and dangerous criminal activity. Landlords have a legal responsibility to protect their tenants. Additionally, landlords are required to maintain their rental property and conduct regular inspections. They must also fix any potential security promblems, such as repairing a broken lock. Landlords has the resposibilities to protect tenants from Uninhabitable conditions State laws and local housing Codes typically require landlords to, keep basic structural elements of the rental property (for exapple) walls and roofs safe and intact. Maintain common areas, such as stairways, clean, sanitary and safe. keep electrical, plumbing, and other essential services operating saftly, and comply with other housing rules, for example, regarding sewage disposal, Fire protection, rodent infestations, legal nuisances, such as drug dealing on the property, and the like———

1
20

At exactly 4:37 Am
I attempted to take & pictures
of my Bedroom Window—
The force of wind knock
down my Bedroom Window
along with my mirror Dresser and
Milk crake I had holding my
Bedroom Window, for my
Bedroom Window had been
out of its frame for
a couple of months.
I text messege pictures of
My Bedroom Window, to my
Conservuctor Jerald barber
on
Jerald barber said he sent
those picture to JD & Amelia
to this very Morning, my bedroom
Window had not been fixed
Just before I was able to
assurebly take pictures of
my bedroom Window, when I
was startled by a loud
destructive bang, I was in

2/21

my bathroom concluding
The movement of my bowels
I could not take pictures,
for it was too Dark in my
bedroom. I waited until
day light, Then, I realized
that I can't recover on
my own. I would have to
call for assistance
I called the fire Department
with the "Hope" of Recovery
Decision for the Reason
That Destruction of Wind force
was out of my hand
I made a ~~all of a~~ emergency call

at time
The Date of Destruction
caused by force of wind
January 12, 2020
on a Sunday I fully
~~Eye~~ Witness results
at exactly 4:37 AM
when attempted to take
Pictures ~~at~~ I actualy took pictures

22

I have been complaining More than all the time, too Regarding My Loss of enjoyment of Living Life on My Property Management, where I live, on 456 Lombard st, Number 105 New Haven, CT 06513, Refused to repair and replace Inevitable Damaging caused by Incompetancy of I, as well as Incompetant Property Manansnt, where I live. Indication written above... I voiced My complaints, more than all the time, to Stephany, Stephany is a manager for Property Management, where I live. Indication written above... Property Manager, Stephany, refused to send Property Maincnace, to replace My windows. All of My windows cannot lock. All of My windows locks are broken.. All of My windows locks were broken befor I moved into My Apartment... I don't know why My Apartment passed Inspectiona with My windows not being able to lock... All of My window doesnot have screens. Property Manansant, Stephany, Said to Me, "We can't replace those windows, those are old windows?"

23

by property manager and
my housing assistance orignator

An inspection occured on febrary
of 2019, Every party disrepted
me with a face of celebration;
as if they were excited that
I was living like someone they
extremly hate. ~~I was right~~ My assumptions,
by the way, made me believe ⊕
~~I was right on....~~

Every Party reassured me that
repairs and replacement will ~~be~~
come to pass.

" My windows does not lock;
broken locks, no window screens.
The crack on my kitchen wall,
where mice enter, my stove,
where mice live. Complained
about ~~fumes or~~ deadly fumes
or carbinmoxicide rising from
my stove and oven. I could not
clean my oven because for me,
It is impossible to clean, ~~I was~~
~~weak tired~~ I was suffering from
fatigued laziness and confusion
All due to the fact, when I cooked
meals, I was breathing deadly
fumes or carbinmonoxicide
~~I dialed 911, for that~~ reason
" No repairs, No replacement
to this very Day. As I write

23

in repairing my electrical outlet. As Property Managers were leaving my Apartment, leaving me with no electricity, leaving me with no Hot water. I had to shower with "freezing" cold water. A property manger said, "His chicken is gonna go bad." A woman property manager said, "He's not portorican anyway." I had seasoned chicken (Druasti on my table, I was going to fry. Using a stove, Tenance should Never use, known that mice live in your stove, and deadly fumes or carbonoxide rise from your stove. I ended up staying that Night, days and I ended staying a few nights because my electrical outlet stopped going for a few fuews blew

I had not been able to eat meals many days and many nights. I had not been able to shower many days and many Nights. until I had no choice but to shower with freezing cold water. "what happed to my Tenance Rights?"

24

Property Managment, My Housing Assisitance Oranization, ~~Refus~~ Neglected me as a tenant, at 456 Lombard ~~Ave~~ St, Number 105, New Haven, CT 06513.

I am currently a Victim, who is living in my Apartment, suffering from Loss of Enjoyment of life.

My Conservator said, ~~to be~~ "Legally, Property Managmt have to replace my stove because it's not in a working Condition"

My conservator Said, Property Managmt and my Housing Assistant ~~as~~ ~~are~~ in conflict about where I should have another stove... I am for ~~Certa~~ certained to be a victim of ~~$~~ racial discrmafon, Tarketed As, Property Managment, My Housing Assistance Orgnsthon.

Property Management Made a Racial remark for me to know they ~~are~~ discrimatory. A couple of property Managers wge at my apartmt, they ~~too~~ attempta to repair my electric outlet, No success

2019
26

At 9:13 AM December 20 On Friday, An Inspector from JO+Amelia Exited My Apartment After Inspecting my Apartment Once Again the Inspector failed because My Property Management failed to do repairs. The inspector said "they have another 30 days to do repairs. Now, I realized, the inspector was here 30 days ago, or so. The same inspector then at the last inspection, was there at the to Inspect my Apartment. He left at 9:13 AM. Concluded statement. They have another 30 days to do repairs. Let me not.

I am not the reason
having for Property Management
to do repairs the
According to the Inspector
who was here last
Inspection to inspect
and who was just left
exitey
during his
My Apartment from expection

Chris    4:07 phone
concluded    29
Prop Public Saft
Supervise Ev

MAR

AMR

Chrts Supervisor
for Public Safty (all)
Called me to explain floor
resolution about the need found on my
phone Conversation
concluded 4:07 pm
Answered phone 4:03pm
(203)946-6316
Chris Return Caller
at 4:11 to let me
know that next will be
Picked up need one an office Offices
will take a report

28

7:06AM Attempted assault with a knife. Appeared as a Pocket knife Called ended 7:15AM 911 call

Black man with a bycicle exiting my building approximately 7:06AM - wearing all black, Black Jacket, Black pants - perhaps, Most likely Black shoes and a hooded hat Black hooded hat I knew he was on drug because he had a segar in his mouth which I pointed out to him explaining to him that he's not thinking

Date of incident

Thursday November 7
2019

29

Late last night on date:
Monday, February 24, 2020,
I was entering the building
of where I live**
456 Lombard St, New Haven CT 06511
When at the same time, a tenant
who live here said to me,
"keep the door closed,
people be sleeping in the hallway".

30

I looked at my phone for the time, to find out My criminal offence of Breaking an entrance... The Time was 10=39 PM once I relaxed by having a sit down on my decrepit bed, located in the livingroom. Catch me if you can!!!!!! I don't giva fuctional, rather disfuctional Operating machine an opportunity for a lenghty period of time to buzz me into my building of where I live. Yes, I claim ownership for all of Property Management Wicked ways for conducting themselves directing me, thee entire time I have been residing in this Muthafucking building...I am going onna rampage for vengeance against all they that indicated irreverence unto me... I give not a flying fuculent I will endeavor a succulent, Bloody Steak, And out I will Break

31

I believe I mentioned lack of
Security where I live +
Property Management refused
to fix the back door. They will
not fix the back door lock...
That back door is a safty
issue in the building I live
Not only my life is in danger,
all tenance in this building
are in danger... A tenance
last night said to me as I was
entering this building, "Keep the
door lock (excuse me)
" Keep the door closed,
People be sleeping in the hallway".
A man was leaving this
building - walking his bycicle bicyle
He had on black
all black... I entered this
building - Front entrance
the astray man pull out
a pocket knife and threatened
to stab me... I couldn't
understand everything he said
He was high. A blunt hanging
from his mouth... He, too, was
sleeping in this Hallway getting
high... This building is unsafe

32

Anybody can force entry into this building, just as I have moments ago... I, right now can't find the front entrance key, so I decided to force my way into this building, dedicately... I am a smook... It's easy for intruders to force their entrance into this building and cause family(ies) to mourn. We all can be killed, living at this building without proper security — I almost had become a victim of being stabbed once, twice, or repeatedly — All I know, that man who don't live her, just was sleeping in the wallway said, "I'll stab you." "I'll stab you"... I was cornered (trapped) as he was holding a pocket knife... He was holding a pocket knife in front of my face, saying "I'll stab you". New Haven Police said, "We're going to canvas the neighborhood for him"

1:22 pm Property Manage[r]
called me a fuckin' pycho "a
by saying " Too fuckin' psych[o]
following my door slam, for the
reason that she was
very disrespectful, defending
the exterminator, Inappropriate
remark " what's up, My Man"
I explained to the exterminator
not to ever consider me," Your Ma[n]
His excuse was, that's the way I
talk", I said I don't care."
" Don't refer consider to me as your
Man, He stormed out of my
Apartment, refusing to extermi[nate]
Property Manager, excused him
giving examples of what he mea[nt]

All examples I ~~refuse~~ Ignored to excript
(( foul odders of examples)
I said to property Manager,
Alexis, who live in my building,
who has already ben harassing me
and made Sexual advancement to
me on the night of February Thursday 20,2020 11:00pm
I said he's Refusing to externote
because I told him not to call me
his Man or not to refer me
to as his man_____ she evasively
subjected herself somewhere else
other than " The Hot Popic"
that's when I quitely slanned my door
and she yelled, You fuckin psycho "
Dated Friday, March 20, 2020
written
Litigation ended 1:35pm

I verbally forwarded my complaint to my conservator Jerald Barber regarding the matter of which took place between I, Property Management, Alexis Exterminator — on Friday March 20 2020 — I call this case " foul odars"

I, Alexander McArthur

Included Proof of

Harrassing Letters

Included Personalized

Handed Written Letter

By Property Manager,

Alexis, After she sexually

Harrass Me on Thursday,

February 20, 2020

6 days after Valentin's
Days, + She Knocked on
My door screaming, " Honey,
I'm Horney, I'm Horney !!! "
Approximately 11:00 pm

Alexander McArthur

Sunday
May 24
2020
6 AM